AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 844 - Possession of Cocaine Base in the Form of Crack Cocaine

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Minimum Imprisonment: 5 years
Maximum Imprisonment: 20 years
Minimum Fine: $1000; Maximum Fine: $250,000
Maximum Supervised Release: 3 years
$100 special assessment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**FILED**

DEFENDANT - U.S.
▶ EMON BROWN

MAR - 9 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 10 0167 SI

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FBI, Jonathan Dubin

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)  WILLIAM FRENTZEN

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ n/a

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR 10 0167

UNITED STATES OF AMERICA,

V.

E-filing

EMON BROWN,

DEFENDANT(S).

## INDICTMENT

21 U.S.C. § 844 - Possession of Cocaine Base in the Form of Crack Cocaine

A true bill.

_____ Foreman

Filed in open court this 9th day of March 2010

BETTY P. LEE
Clerk

No Bail Warrant

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED
2010 MAR -9 P 3: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **CR 10 0167** SI |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 21 U.S.C. § 844 – Possession of Cocaine Base in the Form of Crack Cocaine. |
| v. | ) | |
| EMON BROWN, | ) | |
| Defendant. | ) | |
| | ) | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about October 4, 2007, in the Northern District of California, the defendant,

EMON BROWN,

did knowingly and intentionally possess a Schedule II controlled substance, to wit, cocaine base in the form of crack in excess of 5 grams, in violation of Title 21, United States Code, Section 844.

///

///

DATED:

March 9, 2010

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN STRETCH
Chief, Criminal Division

(Approved as to form: _____ )
　　　　　　　　　　　　AUSA William Frentzen

INDICTMENT                                                    2